# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK VAVRA,
      Petitioner,
      vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES E. WILSON,
DISTRICT JUDGE,
      Respondents,
      and
ROBERT F. SORRENTINO, AS
ADMINISTRATOR OF THE ESTATE
OF JAMES SORRENTINO; ROBERT F.
SORRENTINO; AND MARC
SORRENTINO,
      Real Parties in Interest.

No. 81666

**FILED**

DEC 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this original writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-45839

cc: Hon. James E. Wilson, District Judge
Carucci & Associates
Humphrey Law PLLC
Carson City Clerk